ACCEPTED
04-14-00906-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/17/2015 11:38:06 AM
KEITH HOTTLE
CLERK

No. 04-14-00906-CV

IN THE FOURTH COURT OF APPEALS
at SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/17/2015 11:38:06 AM
KEITH E. HOTTLE
Clerk

**DAVID MAUK**

Appellant

v.

Appellees

**PIPE CREEK WATER WELL, LLC and ROBERT RAE POWELL**

Cause No. 2013-CI-00386; Appeal from the 408th Judicial District Court,
Bexar County, Texas

## APPELLEES' AMENDED MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THE FOURTH JUDICIAL DISTRICT APPEALS COURT:

NOW COME, Appellees, ROBERT RAE POWELL and PIPE CREEK WATER WELL, LLC, and file this Motion to Extend Time to File Brief and will show as follows:

1. Appellees' brief is presently due on February 19, 2015.

2. An extension for approximately seven (7) days is requested making Apellees' brief due on February 26, 2015.

3. Counsel for Appellees have numerous settings and other matters which preclude diligence in researching and briefing the issues presented herein.

4. This extension is not sought solely for delay, but that justice may be done.

5. Counsel for Appellant does not have an objection to this extension.

## PRAYER

THEREFORE, Appellees, ROBERT RAE POWELL and PIPE CREEK WATER WELL, LLC pray that this motion be filed, that an extension of time be granted, and that they have such other relief, in law or equity, to which they may be justly entitled.

Respectfully submitted,

Law Offices of Keith P. Miller, PC
14350 Northbrook, Suite 150
San Antonio, Texas 78232
Tel: (210) 524-9040
Fax: (210) 267-2982

*/S/ Megan H. Kucera*

By:_____

KEITH P. MILLER
State Bar No. 14093725
MEGAN H. KUCERA
State Bar No. 24076449

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the foregoing has been served by:

___ Certified Mail Return Receipt Requested
___ First Class Mail
_X_ Telecopier  and/or
___ Hand-delivery
___ EService

To the following:

William M. McKamie
Adolfo Ruiz
McKamie Kruger, LLP
941 Proton Road
San Antonio, Texas 78258
Telecopier: (210) 546-2130
adolfo@mckamiekrueger.com

On the 17th day of February, 2015.

*/s/ Megan Kucera*

_____
Megan H. Kucera